UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JOSEPH CLARK,<br><br>  Plaintiff,<br>v.<br><br>STATE OF NEVADA, et al.,<br><br>  Defendants. | Case No. 3:23-cv-00488-MMD-CLB<br><br>ORDER |
|---|---|

## I. DISCUSSION

On June 26, 2024, the Court issued an order screening Plaintiff's complaint under 28 U.S.C. § 1915A. (ECF No. 3). The Court allowed Plaintiff's First Amendment retaliation claim to proceed against Defendant Agle, dismissed Plaintiff's other claims with or without prejudice, and gave Plaintiff leave to file a first amended complaint by July 26, 2024. (*Id.* at 11-12). Plaintiff has filed a motion requesting an extension until August 26, 2024, to file a first amended complaint. (ECF No. 4). Good cause appearing, Plaintiff's motion is granted. Baring unusual circumstances, the Court does not anticipate granting another extension.

## II. CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff's motion for an extension to file a first amended complaint (ECF No. 4) is **GRANTED**. Plaintiff will file any first amended complaint on or before August 26, 2024.

It is further ordered that pursuant to the Court previous screening order, if Plaintiff chooses not to file a first amended complaint, this action will proceed on Plaintiff's First Amendment retaliation claim against Defendant Agle only.

DATED THIS 15th day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE