**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOSEPH CLARK,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                Defendants. | Case No. 3:23-CV-00488-MMD-CLB<br><br>**ORDER STRIKING MOTION**<br><br>[ECF No. 33] |

On June 9, 2025, Plaintiff Joseph Clark ("Clark") filed a "Motion Option to Discovery." (ECF No. 33.) The information within the filing appears to be initial disclosures regarding the witness Clark is seeking to depose and the documents he is requesting from Defendants. (*Id.*)

Discovery-related documents must be served on the affected party, not filed on the docket, unless ordered by the Court. Local Rule 26-7; Fed. Ri. Civ. P. 5(d)(1). No such order has been entered in this case and the Court need not be informed of the content of the parties' initial disclosures.

Accordingly, the Court **STRIKES** Clark's "Motion Option to Discovery", (ECF No. 33), and reminds the parties that discovery documents should not be filed on the docket absent a Court order that they do so. Rather, discovery requests should be mailed directly to the opposing party.

**IT IS SO ORDERED.**

**DATED**: June 10, 2025

_____
UNITED STATES MAGISTRATE JUDGE