UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSEPH CLARK, | Case No. 3:23-cv-00488-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Pro se Plaintiff Joseph Clark is formerly an inmate in the custody of the Nevada Department of Corrections ("NDOC") and brings this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is the Report and Recommendation (ECF No. 45 ("R&R")) of United States Magistrate Judge Carla L. Baldwin, recommending that the Court grant Defendants' motion for summary judgment (ECF No. 37 ("Motion")) and enter judgment in favor of Defendants. Plaintiff had until January 27, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin recommends granting Defendants' Motion because Defendants met their initial burden of showing that Plaintiff failed to grieve his underlying claims prior to filing suit, and Plaintiff's grievance records indicate that he failed to grieve his claims. (ECF No. 45 at 10-11.) Accordingly, Judge Baldwin recommends granting Defendants' Motion based on

///

Plaintiff's failure to exhaust his administrative remedies. (*Id.*) The Court agrees and will adopt Judge Baldwin's R&R in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 45) is accepted and adopted in full.

It is further ordered that Defendants Daniel Santos, Garrett Killion, and Olivia Agle's motion for summary judgment (ECF No. 37) is granted.

It is further ordered that Defendant David Estevez is dismissed without prejudice because Plaintiff failed to serve him.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 2nd Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE